Martin WALKER, Plaintiff–Appellant,

v.

WEXFORD HEALTH SOURCES, INC.; Dr. Paul Matera, M.D., Individual and Official Capacity; Dr. Aresahegn Getachew; Dr. Michael Doughty, D.p.m, individual and Official Capacity; Bruce Ford, P.A., Individual and Official Capacity; Judith Hearthway, N.P., Individual and Official Capacity; Warden Kathleen Green, Individual Capacity; Assistant Warden Ronald Dryden, Individual Capacity; Dr. Jason Clem, M.D.; Robert Hanke; Deputy Commissioner Carolyn Atkins; S. Gustus, Administrative Remedy Coordinator; C. Session, Administrative Remedy Coordinators, Defendants–Appellees.

No. 16–6395

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 23, 2016

Martin Walker, Appellant Pro Se. Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale, Maryland; Lisa J. Russell, WARANCH & BROWN, LLC, Lutherville, Maryland; Ankush Nayar, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walker v. Wexford Health Sources, Inc., No. 1:15–cv–01889–JKB, 2016 WL 808582 (D. Md. Mar. 2, 2016). We deny Walker's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid ·the decisional process.

AFFIRMED